1  Peter E. Sitkin (State Bar No. 39403)
   LAW OFFICES OF PETER E. SITKIN
2  Post Office Box 2042     /    1492 Euclid Ave.
   Glen Ellen, CA  95442    /    Berkeley, CA  94708
3  Telephone: (510) 847-4129
   Facsimile:  (707) 996-1641
4

5  *Counsel for Plaintiffs*

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| KATHY K. MOON, individually and on behalf of all others similarly situated, | Case No. 09-CV-00830 MMC |
| Plaintiffs, | CONTINUING [~~PROPOSED~~] ORDER ~~TO CONTINUE~~ CASE MANAGEMENT CONFERENCE |
| v. | Date:  June 26, 2009 |
| CHASE BANK USA, N.A. | Courtroom 7 |
| Defendant. | Honorable Maxine M. Chesney |

   Based upon the *ex parte* application of Kathy K. Moon filed on June 24, 2009 and good cause showing, IT IS HEREBY ORDERED that:

   1. The initial Case Management Conference in this case is continued from June 26, 2009 until August 21, 2009; and

   2. All corresponding deadlines set by this Court in its Initial Case Management Order are continued accordingly.

June __25__, 2009

[signature]
Honorable Maxine M. Chesney
United States District Judge

Page 1 of 1                                              Case No. 09-CV-00830 MMC

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE